# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-09227 |
| | ) | |
| Norman Paul Wexler | ) | |
|     Debtor | ) | Chapter 7 |
| | ) | |
| _____ / | | Hon. A. Benjamin Goldgar |
| City of Chicago | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. 12-00338 |
| | ) | |
| Norman Paul Wexler | ) | |
|     Defendant | ) | Hearing Date: 5/9/2012 |
| | |     at 10:00 a.m. |

## NOTICE OF MOTION

To:  See Attached Certificate of Service

David R. Herzog, not individually, but solely as trustee for the estate of Norman Paul Wexler, through counsel, has filed his **TRUSTEE'S MOTION TO INTERVENE.** A copy is attached to this Notice of Motion. A **hearing** on the motion is scheduled for **May 9, 2012, at 10:00 a.m.** in **Courtroom 613, United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604**.

By:   ___/s/ Bruce de'Medici_____
           One of his attorneys

Bruce de'Medici (ARDC #6184818)
834 Forest Avenue
Oak Park, Illinois 60302
Tel: 312.731.6778
Email: bdemedici@bdmlawgroup.com

# CERTIFICATE OF SERVICE

I, Bruce de'Medici, an attorney who is licensed to practice law in the State of Illinois, certify that on the 26th day of April, 2012, I served the attached NOTICE OF MOTION and TRUSTEE'S MOTION TO INTERVENE upon Registrants in the case underlying this proceeding through the Court's Electronic Notice for Registrants and separate electronic mail transmission; upon counsel for the debtor in the case also through facsimile transmission; and upon the debtor through First Class Mail.

_____/s/ Bruce de'Medici_____

**Registrants Served through the Court's Electronic Notice for Registrants and Facsimile Transmission as noted with \*.**

| | |
|---|---|
| Office of the United States trustee<br>E mail: USTPRegion11.es.ecf@usdoj.gov | David R. Herzog<br>Herzog & Schwartz PC<br>E mail: drhlaw@mindspring.com |
| Lindsay E. Wilson Gowin<br>Ungaretti & Harris LLP<br>E mail: lwgowin@uhlaw.com | Esther E. Tryban Telser<br>City Of Chicago Department Of Law<br>E mail: etrybantelser@cityofchicago.org |
| R. Scott Alsterda<br>Ungaretti & Harris LLP<br>E mail: rsalsterda@uhlaw.com | Patrick F. Ross<br>Ungaretti & Harris LLP<br>E mail: pfross@uhlaw.com |
| Faith Dolgin<br>Illinois Attorney General<br>E mail: faith.dolgin@illinois.gov | Joan Ellen Smuda<br>Attorney General of Illinois<br>jsmuda@atg.state.il.us |
| Richard N. Golding<br>The Golding Law Offices, P.C.<br>Facsimile: 312-755-5720<br>rgolding@goldinglaw.net | Jonathan D. Golding<br>The Golding Law Offices, P.C.<br>Facsimile: 312-755-5720<br>jgolding@goldinglaw.net |

**Service through First Class Mail**

Norman Paul Wexler
16054 Fairway Circle
Fort Lauderdale, FL 33326



Bruce de'Medici <bdemedici@bdmlawgroup.com>

# City of Chicago v. Wexler

2 messages

**Bruce de'Medici** <bdemedici@bdmlawgroup.com>                              Thu, Apr 26, 2012 at 8:18 AM
To: USTPRegion11.es.ecf@usdoj.gov, drhlaw@mindspring.com, lwgowin@uhlaw.com, etrybantelser@cityofchicago.org,
rsalsterda@uhlaw.com, pfross@uhlaw.com, faith.dolgin@illinois.gov, jsmuda@atg.state.il.us, jgolding@goldinglaw.net,
rgolding@goldinglaw.net

The Trustee's motion to intervene in the adversary proceeding entitled above is attached.

--

Bruce de'Medici
BDM Law Group
834 Forest Avenue
Oak Park, Illinois 60302
Tel: 312.731.6778
Email: bdemedici@BDMLawGroup.com


*********************

**NOTICES:**  To comply with certain U.S. Treasury regulations, please note that, unless expressly stated otherwise,
any federal or state tax advice or any information that you might construe as federal or state tax advice contained in
this communication, including attachments, was not intended or written to be used, and is not to be used, by any
taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue
Service or any tax laws or regulations.  The contents of this e-mail message and any attachments are intended solely
for the addressee(s) named in this message.  This communication is intended to be and remains confidential, and
may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this
message, or if this message has been addressed to you in error, please immediately alert the sender by reply
electronic mail transmission and then delete this communication and its attachments.


**3 attachments**

**Wexler Motion Intervene.pdf**
6577K

**Wexler dft ord intervene.pdf**
51K

**Motion Intervene Ex A .pdf**
549K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Thu, Apr 26, 2012 at 8:18 AM
To: bdemedici@bdmlawgroup.com

Delivery to the following recipient failed permanently:

  lwgowin@uhlaw.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 No such user - psmtp (state 13).

----- Original message -----

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=google.com; s=20120113;
    h=mime-version:x-originating-ip:date:message-id:subject:from:to
    :content-type:x-gm-message-state;
    bh=aV+NRbqvzEZIPtQR7k92ilAdVJ3cl+zGCOOWG9x7T6A=;
    b=X+P05Sq6cdo268k+yWM+dON7G6p5Ny4oMlBCGyfvNNgOgP3jMeTVP10fivg+jHql5H
    jMsTs3Xsy13fvCRyRcZGmet2E9ftxjhOOHBmrQQgZ70XHtC/kFbFPf8kgCYJ67MbNHG+
    0lhSsdfFRlOKjETHHDPGEedbWBl7vBAlbTRGWCwmoNeFjET+oeVYo40nAhw2MUsTgKWf
    XMlHV0CVWw8Cf3TK4Xljy+KDo2HweEc+4Bm32Jo5WcAGnYfsWeVxwPc+cmAl/djtGYJM5
    t7V9bVa+47nargAnVltLi5SeOf/pk42PjjkTEl2NJE33XOc1zz48t7xR0y0QTb8SkZYf
    VE+w==
MIME-Version: 1.0
Received: by 10.50.77.138 with SMTP id s10mr193213igw.48.1335446301790; Thu,
 26 Apr 2012 06:18:21 -0700 (PDT)
Received: by 10.64.141.104 with HTTP; Thu, 26 Apr 2012 06:18:19 -0700 (PDT)
X-Originating-IP: [108.90.22.45]
Date: Thu, 26 Apr 2012 08:18:19 -0500
Message-ID: <CAMX0y9MNJ09TQsFW=_HcaXr_asa-EFDbAkYX9NPAMyO74aWYvg@mail.gmail.com>
Subject: City of Chicago v. Wexler
From: "Bruce de'Medici" <bdemedici@bdmlawgroup.com>
To: USTPRegion11.es.ecf@usdoj.gov, drhlaw@mindspring.com, lwgowin@uhlaw.com,
    etrybantelser@cityofchicago.org, rsalsterda@uhlaw.com, pfross@uhlaw.com,
    faith.dolgin@illinois.gov, jsmuda@atg.state.il.us, jgolding@goldinglaw.net,
    rgolding@goldinglaw.net
Content-Type: multipart/mixed; boundary=e89a8f3ba95b6f60ee04be94d2e8
X-Gm-Message-State: ALoCoQnhlF9MRr8RhQGlurSJpDmhO4Gp89h1WKGgSYXFj6XE3aYMbk/
8fx9gBfSuoqRPQVIINIGb

The Trustee's motion to intervene in the adversary proceeding entitled
above is attached.

--

Bruce de'Medici
BDM Law Group
834 Forest Avenue
Oak Park, Illinois 60302
Tel: 312.731.6778
Email: bdemedici@BDMLawGroup.com

********************

*NOTICES:*   To comply with certain U.S. Treasury regulations, please note

[Quoted text hidden]

**To :bruce.demedici.305523@onebox.com**
**From :bruce.demedici.305523@onebox.com**
**Subject :Outbound Fax Acknowledgement**

Fax to 13127555720 was successfully sent.