# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 11-09227 |
| Norman Paul Wexler | |
| Debtor | Chapter 7 |
| | Hon. A. Benjamin Goldgar |
| City of Chicago | |
| Plaintiff | |
| v. | Adv. Proc. 12-00338 |
| Norman Paul Wexler | |
| Defendant | |

## CITY OF CHICAGO'S STATEMENT IN SUPPORT
## OF TRUSTEE'S MOTION TO INTERVENE

The City of Chicago ("Chicago"), a municipal corporation, plaintiff herein, by its Corporation Counsel, Stephen R. Patton, submits this Statement in Support of Trustee's Motion to Intervene, and states in support as follows:

1. Chicago agrees with the Trustee that the Trustee, as the representative of the estate, is the appropriate Plaintiff in this case, as the Trustee has responsibilities running to all holders of claims in the estate. Accordingly, Chicago adopts all arguments asserted by the Trustee for his intervention in this case.

2. The Trustee conducted the examination of Debtor, which forms the basis of much of this complaint, and the Trustee has the greatest motivation to proceed on the information obtained at that examination in the best interests of all claim holders.

3. Chicago believes the transfer of this bankruptcy case created an unusual procedural predicament for the timely filing of complaints objecting to discharge and that, but for that

unusual problem, the Trustee would have filed his own complaint objecting to discharge in this case.

4. Chicago believes denying the Trustee the right to intervene and to affirmatively present the Trustee's best evidence objecting to discharge of the Debtor, would reward the Debtor for having filed in an inappropriate court initially.

5. Further, Chicago wishes to have the Trustee intervene as a Plaintiff so that there is no question as to the ultimate disposition of this case being in the interests of all claim holders.

6. Finally, Chicago believes that the Trustee's intervention as a Plaintiff in this case may produce a result which will obviate the need for the independent litigation of complaints against this Debtor objecting to discharge of specific debts to proceed and will, thus, permit the most efficient use of the resources of this court.

WHEREFORE, for the reasons stated above, the City of Chicago, requests this Court enter an order:

A.   Permitting the Trustee to intervene in this proceeding, and

B.   Granting such further relief as the Court deems just and proper.

Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel of the City of Chicago

By: _____
Esther E. Tryban Telser

Stephen R. Patton
Corporation Counsel
Diane M. Pezanoski (ARDC #6190003)
Deputy Corporation Counsel
Esther E. Tryban Telser (ARDC #6202030)
City of Chicago Department of Law
30 N LaSalle Street
Room 900
Chicago, IL 60602
Tel: 312 744-1846
E-mail: etrybantelser@cityofchicago.org

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-09227 |
| | ) | |
| Norman Paul Wexler | ) | |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| _____/ | | Hon. A. Benjamin Goldgar |
| City of Chicago | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. 12-00338 |
| | ) | |
| Norman Paul Wexler | ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO: Attached Service List

    PLEASE TAKE NOTICE that on Friday, May 4, 2012, I filed the attached City of Chicago's Statement in Support of Trustee's Motion to Intervene, a copy of which is hereby served upon you.

Dated at Chicago, Illinois, this 4th day of May, 2012.

                                    Respectfully submitted,
                                    STEPHEN R. PATTON, Corporation Counsel of
                                    The City of Chicago

                    By: _____
                           Esther E. Tryban Telser

Esther E. Tryban Telser
Senior Counsel
City of Chicago
Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1846

## CERTIFICATE OF SERVICE

      I, Esther E. Tryban Telser, an attorney, certify that I caused a copy of the foregoing notice of motion and **CITY OF CHICAGO'S STATEMENT IN SUPPORT OF TRUSTEE'S MOTION TO INTERVENE** to be served by electronic filing with the Court and by placing a copy in the U.S. mail to the parties listed on the attached service list on Friday, May 4, 2012.

_____
Esther E. Tryban Telser
Senior Counsel

2

## SERVICE LIST

Norman Paul Wexler
16054 Fairway Circle
Fort Lauderdale, FL 33326

David R. Herzog
Herzog & Schwartz PC
77 W. Washington; Suite 1717
Chicago, IL 60602

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Bruce de'Medici
834 Forest Avenue
Oak Park, Illinois  60302